UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA AND THE STATE OF CALIFORNIA, *EX REL.* STEVEN HIGGINS<br><br>Plaintiffs,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION<br><br>Defendant. | Civil Action No. 11-cv-02453-JNE-SER |

## RELATOR'S MOTION TO COMPEL

Pursuant to Federal Rules of Civil Procedure 37(a) and Local Rule 37.1, Relator moves to compel Defendant Boston Scientific Corporation to amend the privilege log it produced to Relator on January 3rd, 2019 and amended on January 15th, 2019, or, in the alternative, to produce all the documents with inadequate privilege entries in that privilege log, as described in the contemporaneously-filed Memorandum of Law. The motion is based upon the pleadings, all of the files, records, and proceedings in this case, and Relator's Memorandum of Law.

Dated: July 2, 2019

Respectfully submitted,

**BERGER & MONTAGE, P.C.**

By: /s/ *Daniel R. Miller*
Joy P. Clairmont *(Pro Hac Vice)*
Daniel R. Miller *(Pro Hac Vice)*
1818 Market Street, Ste. 3600
Philadelphia, PA  19103
Tel: (215) 875-3000
dmiller@bm.net
jclairmont@bm.net

E. Michelle Drake (MN Bar No. 0387366)
43 SE Main Street, Suite 505

1

2

        Minneapolis, MN 55414
        Tel: (612) 494-5999
        emdrake@bm.net

***Attorneys for Relator Steven Higgins***

## **CERTIFICATE OF SERVICE**

I certify that on July 2, 2019, I caused the foregoing document to be filed via the Court's CM/ECF electronic filing system, which will provide an electronic copy to all counsel of record.

By:    /s/ *Daniel R. Miller*