IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA, EX REL. STEVEN HIGGINS, <br><br>Plaintiffs, <br><br>v. <br><br>BOSTON SCIENTIFIC CORPORATION <br>    Defendant. | § § § § § § § § § § § § | <br><br><br><br><br><br>Civil Action No. 11-cv-02453-JNE-TNL |

**JOINT NOTICE IMPLEMENTING SETTLEMENT**

Relator Steven Higgins ("Relator") and Defendant Boston Scientific Corporation ("BSC") (collectively, the "Parties") have entered into an agreement to resolve this case. As part of that agreement, Relator and BSC have agreed not to seek fees or costs from each other. To implement the agreement:

- Relator hereby releases BSC from any obligations ordered by Magistrate Judge Leung's September 3, 2021 Order (the "Fee Order") (Dkt. 590) relating to his Order granting, in part, Relator's Motion for Sanctions (Dkt. 354); and

- BSC hereby withdraws its Bill of Costs (Dkt. 593).

1

Respectfully submitted,

**BERGER & MONTAGE, P.C.**

By: */s/ Daniel R. Miller*

Joy P. Clairmont (admitted pro hac vice)
Susan S. Thomas (admitted pro hac vice)
William H. Ellerbe (admitted pro hac vice)
1818 Market Street, Ste. 3600
Philadelphia, PA  19103
Tel: (215) 875-3000
jclairmont@bm.net
sthomas@bm.net
wellerbe@bm.net

E. Michelle Drake (MN Bar No. 0387366)
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Tel: (612) 494-5999
emdrake@bm.net

**WALDEN MACHT & HARAN LLP**

Daniel R. Miller (admitted pro hac vice)
Jonathan Z. DeSantis (admitted pro hac vice)
2001 Market Street, Suite 2500
Philadelphia, PA 19103
Tel: (212) 335-2030
dmiller@wmhlaw.com
jdesantis@wmhlaw.com
*Attorneys for Relator Steven Higgins*

**Counsel for Relator**

**REED SMITH LLP**

By:  */s/ Rick Robinson*

Frederick Robinson (*Pro Hac Vice*)
D.C. Bar No. 367223
Lesley Reynolds (*Pro Hac Vice*)
D.C. Bar No. 487580
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, D.C. 20005-3373
Telephone: (202) 414-9282
Fax: (202) 414-9299
Frobinson@reedsmith.com
Lreynolds@reedsmith.com

Caitlin Chambers *(Pro Hac Vice)*
TX State Bar No. 24091420
811 Main Street
Suite 1700
Houston, TX 77002-6110
Telephone: (713) 469-3644
Fax: (713) 469-3899
cachambers@reedsmith.com

Aaron D. Van Oort
MN Bar No. 0315539
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
Fax: (612) 766-1600
Aaron.vanoort@faegredrinker.com

**Counsel for Defendant**
**Boston Scientific Corporation**

## CERTIFICATE OF SERVICE

I certify that on October 4, 2021, I caused the foregoing document to be filed via the Court's CM/ECF electronic filing system, which will provide an electronic copy to all counsel of record.

By: */s/ Daniel R. Miller*